# ALABAMA COURT OF CRIMINAL APPEALS



April 12, 2024

**CR-2023-0722**
Dustin Delano Davidson v. State of Alabama (Appeal from Elmore Circuit Court:
CC-20-474, CC-21-1290, CC-22-645, and CC-22-812)

## <u>NOTICE</u>

You are hereby notified that on April 12, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk